FULL NAME: RAYMOND. CAMPA
COMMITTED NAME (if different):
FULL ADDRESS INCLUDING NAME OF INSTITUTION: 29330 THE OLD ROAD CASTAIC., CA PITCHESS DETENTION CENTER
PRISON NUMBER (if applicable): BK# 588 4191



# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

RAYMOND. CAMPA

PLAINTIFF,

v.

FDA · FCC

DEFENDANT(S).

CASE NUMBER CV20-3735 JGB (SHK)
To be supplied by the Clerk

**CIVIL RIGHTS COMPLAINT**
**PURSUANT TO** *(Check one)*
☒ 42 U.S.C. § 1983
☐ Bivens v. Six Unknown Agents 403 U.S. 388 (1971)

## A. PREVIOUS LAWSUITS

1. Have you brought any other lawsuits in a federal court while a prisoner: ☐ Yes ☒ No

2. If your answer to "1." is yes, how many? _____

   Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on an attached piece of paper using the same outline.) In VIOLATION OF MY PRIVACY WHILE INCARCERATION. THREW ELECTRONIC DEVICES WIFI. FDA· FCC "FEDERAL PRIVACY ACT" WITHOUT MY CONSENT.



a. Parties to this previous lawsuit:
   Plaintiff __RAYMOND . CAMPA__

   Defendants __FDA . FCC__

b. Court __UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA__

c. Docket or case number _____

d. Name of judge to whom case was assigned _____

e. Disposition (For example: Was the case dismissed? If so, what was the basis for dismissal? Was it appealed? Is it still pending?) _____

f. Issues raised: __VIOLATION OF MY PRIVACY FEDERAL . PRIVACY . ACT .__

g. Approximate date of filing lawsuit: __April 16, 2020__

h. Approximate date of disposition _____

## B. EXHAUSTION OF ADMINISTRATIVE REMEDIES

1. Is there a grievance procedure available at the institution where the events relating to your current complaint occurred? ☐ Yes ☒ No

2. Have you filed a grievance concerning the facts relating to your current complaint? ☒ Yes ☐ No

   If your answer is no, explain why not __LOS ANGELES COUNTY SHERIFF'S DEPT BAUCHETT 2016 . JUNE - 5300 DORM__

3. Is the grievance procedure completed? ☒ Yes ☐ No

   If your answer is no, explain why not _____

4. Please attach copies of papers related to the grievance procedure.

## C. JURISDICTION

This complaint alleges that the civil rights of plaintiff __RAYMOND . CAMPA__
(print plaintiff's name)
who presently resides at __SOUTH . FACILITY PITCHESS DETENTION CENTER . THE OLD ROAD CASTAIC CA 91384__
(mailing address or place of confinement)

were violated by the actions of the defendant(s) named below, which actions were directed against plaintiff at

__FDA / FCC     PITCHESS DETENTION CENTER . CASTAIC CA__
(institution/city where violation occurred)
__SOUTH FACILITY DORM 45 . B-21__

on (date or dates) __FEDERAL PRIVACY ACT__, __FEDERAL PRIVACY ACT__, _____.
                         (Claim I)              (Claim II)              (Claim III)

**NOTE:** You need not name more than one defendant or allege more than one claim. If you are naming more than five (5) defendants, make a copy of this page to provide the information for additional defendants.

1. Defendant __FOOD & DRUG ADMINSTRATION__ resides or works at
   (full name of first defendant)
   __LOS ANGELES, CA__
   (full address of first defendant)
   __WIFI__
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☒ individual  ☒ official capacity.

   Explain how this defendant was acting under color of law:
   __BROADCASTING PRIVACY WITHOUT CONSENT__

2. Defendant __FEDERAL COMMUNICATIONS__ resides or works at
   (full name of first defendant)
   __LOS ANGELES, CALIFORNIA__
   (full address of first defendant)
   __WIFI__
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☒ individual  ☒ official capacity.

   Explain how this defendant was acting under color of law:
   __BROADCASTING WITHOUT CONSENT__

3. Defendant _____ resides or works at
   (full name of first defendant)
   _____
   (full address of first defendant)
   _____
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☐ individual  ☐ official capacity.

   Explain how this defendant was acting under color of law:

D. CLAIMS*

CLAIM I

The following civil right has been violated:

THE BROADCASTING OF MY PRIVACY THREW ELECTRONIC DEVICES. WIFI WITHOUT MY CONSENT. IVE ALREADY TRYED AND CONTACTING XAVIER·BECCERA U.S ATTORNEY·GENERAl 2018 777 SOUTH FIGUEROA STREET SUITE 4050 los·ANGELES CA 90017-5864

Supporting Facts: Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be certain you describe, in separately numbered paragraphs, exactly what each DEFENDANT (by name) did to violate your right.

FOOD DRUG ADMINSTRATION, FEDERAl COMMUNICATIONS VIOLATION OF MY PRIVACY. NEVER CONSENTED TO BROADCASTING OVER·WIFI

*If there is more than one claim, describe the additional claim(s) on another attached piece of paper using the same outline.

E. **REQUEST FOR RELIEF**

I believe that I am entitled to the following specific relief:

I'M TO BE COMPENSATED FOR EXPOSING MY PRIVACY EACH DAY OF MY LIFE SINCE JUNE 2016 FEDERAL PRIVACY-ACT

April 16, 2020
(Date)

*Raymond J. Campa*
(Signature of Plaintiff)

Raymond, Crispa Attention
PK # 588419
Pro se Clerk

SANTA CLARITA, CA 913
20 APR 2020 PM 1 L



RECEIVED
CLERK, U.S. DISTRICT COURT
APR 2 / 2020
CENTRAL DISTRICT OF CALIFORNIA
BY

United State District Court
Central District of California
255 East Temple Street
Suite TS 134 Los Angeles
California 90012-3334