JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND CAMPA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>FOOD AND DRUG<br>ADMINISTRATION, et al.,<br><br>　　　　　　　Defendants. | Case No. 2:20-cv-03735-JGB (SHK)<br><br>**JUDGMENT** |

　　Pursuant to the Order Dismissing Complaint,

　　IT IS HEREBY ADJUDGED that this action is DISMISSED without prejudice.

Dated: December 11, 2020

　　　　　　　　　　　　　　　　　　　　/s/ JGB
　　　　　　　　　　　　　　　　　　　HON. JESUS G. BERNAL
　　　　　　　　　　　　　　　　　　　United States District Judge